NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FEB 25 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

R. J. KULICK,

Plaintiff - Appellant,

v.

DOUG COLLINS; UNITED STATES
DEPARTMENT OF VETERANS
AFFAIRS; DOES, 1-100, inclusive,

Defendants - Appellees.

No. 24-4377

D.C. No. 2:24-cv-04209-RGK-SK

MEMORANDUM*

Appeal from the United States District Court
for the Central District of California
R. Gary Klausner, District Judge, Presiding

Submitted February 18, 2025**

Before:    SILVERMAN, WARDLAW, and DESAI, Circuit Judges.

R. J. Kulick appeals pro se from the district court's judgment dismissing his

action alleging various federal claims.  We have jurisdiction under 28 U.S.C.

§ 1291.  We review de novo the district court's sua sponte dismissal under Federal

---

\*        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*        The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Rule of Civil Procedure 12(b)(6).  *Omar v. Sea-Land Serv., Inc.*, 813 F.2d 986, 991 (9th Cir. 1987).  We affirm.

The district court properly dismissed Kulick's action because Kulick failed to allege facts sufficient to state any plausible claim.  *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (explaining that, to avoid dismissal, "a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face" (citation and internal quotation marks omitted)).

Kulick's motion regarding his opening brief (Docket Entry No. 11) is denied as unnecessary.  The opening brief was filed on October 28, 2024.

**AFFIRMED.**